**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAMAR JAVIS BURGESS,

Defendant.

Case No. 26-CR-103 (1) (NEB/SGE)

ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court has received the August 11, 2026 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins. (ECF No. 50.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (explaining that a criminal defendant's "failure to file any objections waived his right to *de novo* review by the district court of any portion of the report and recommendation") (citation omitted). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 50) is ACCEPTED; and

2. Respondent's motion for separate trials and severance (ECF No. 35) is DENIED.

Dated: September 8, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge